E-FILED: 02/08/11

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Margarita Philip | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) vs. | CV 10-7125-PSG (AJWx) |
| Accubanc Mortgage et al  DEFENDANT(S). | **DISMISSAL BY THE COURT FOR FAILURE TO PROSECUTE** |

On January 11, 2011, the Court issued an Order GRANTING Defendants' Motion to Dismiss. At that time, the Court ordered Plaintiff to file an Amended Complaint by February 1, 2011.

As of today, an Amended Complaint has not been filed. Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety.

DATED: ___02/08/11_____

Philip S. Gutierrez

U.S. District Judge